# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AUDRIS DE LA IGLESIA, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:20-cv-20246-JEM** |
| vs. | **JURY TRIAL DEMANDED** |
| RAPID MULTISERVICE & MESSENGER CORP., | |
| *Defendant*. _____/ | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Audris De La Iglesia, and Defendant, Rapid Multiservice & Messenger Corp., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Audris De La Iglesia, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: July 2, 2020

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** <br> /s/ Andrew J. Shamis <br> Andrew J. Shamis, Esq. <br> Florida Bar No. 101754 <br> ashamis@shamisgentile.com <br> 14 NE 1st Avenue, Suite 705 <br> Miami, FL 33132 <br> Telephone: 305-479-2299 <br><br> *Counsel for Plaintiff and the Class* | /s/ Edward A. Maldonado, Esq. <br> Edward A. Maldonado, Esq. <br> Florida Bar No. 0129781 <br> Maldonado Law Group <br> 2850 Douglas Road. Suite 303 <br> Coral Gables, Florida 33134 <br> Telephone: (305) 477-7580 <br> Facsimile: (305) 477-7504 <br> E-mail: eam@maldonado-group.com <br><br> *Attorneys for Defendant* |