UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-20246-CIV-MARTINEZ-OTAZO-REYES

AUDRIS DE LA IGLESIA, individually and on behalf of all others similarly situated,
    Plaintiff,

vs.

RAPID MULTISERVICE & MESSENGER CORP.,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal without Prejudice [ECF No. 10].  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record